## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.    21-CV-00827-NYW

ESTATE OF JOHN KOWALSKI, by and through its Personal Representative
DENISE KOWALSKI
Plaintiff,

v.

MARIO GONZALEZ
GREG BENNETT
SCOTT TABORSKY
CHRISTINA MESSER
DESIREE SALAZAR
BRIANDA MANCHA, and
WELLPATH, LLC
Defendants.

---

## STIPULATED MOTION TO DISMISS *WITH PREJUDICE* DEFENDANTS CHRISTINA MESSER, DESIREE SALAZAR and BRIANDA MANCHA, only

---

Defendants, Christina Messer, Desiree Salazar and Brianda Mancha, by their attorneys respectfully files this Stipulated Motion to Dismiss *with prejudice* Defendants Christina Messer, Desiree Salazar and Brianda Mancha, and moves this Court to dismiss Plaintiff's Complaint, and the claims contained therein, *with prejudice,* against Defendants Christina Messer, Desiree Salazar and Brianda Mancha only with each party is to pay its own costs and attorneys' fees. No money was paid by or on behalf of the Defendants, Christina Messer, Desiree Salazar and Brianda Mancha in exchange for this dismissal.

IT IS FURTHER stipulated and agreed that an appropriate Order of Dismissal of Defendants, Christina Messer, Desiree Salazar and Brianda Mancha, *with prejudice* be entered herein upon the filing of this Stipulated Motion to Dismiss Defendants, Christina Messer, Desiree Salazar and Brianda Mancha, only, *with prejudice*, without further notice by or to any party hereto. It is further stipulated and agreed that counsel for the Plaintiff has authorized counsel for Defendants, Christina Messer, Desiree Salazar and Brianda Mancha, to sign and file the within Stipulated Motion to Dismiss *with prejudice*.

Dated this 19th day of April 2022.

HALL & EVANS, LLC
*A duly signed original is available at the offices of Hall & Evans, LLC*


By:/s/*Craig A. Sargent*
Craig A. Sargent
Attorney for  Wellpath, LLC
1001-17th Street, Suite 300
Denver, Colorado 80202
Telephone: 303-628-3300

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 19th day of April 2022 I electronically filed the foregoing **STIPULATED MOTION TO DISMISS *WITH PREJUDICE* DEFENDANTS CHRISTINA MESSER, DESIREE SALAZAR and BRIANDA MANCHA** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Raymond K. Bryant, Esq.
Rachel B. Maxam, Esq.
Zach Shiffler, Esq.
Civil Rights Litigation Group, PLLC
1543 Champa Street, Suite 400
Denver, Colorado 80202
*Attorneys for Plaintiff*

Gordon L. Vaughan, Esq.
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, Colorado 80903

David R. DeMuro, Esq.
Vaughan & DeMuro
720 South Colorado Boulevard
Penthouse, North Tower

Denver, Colorado 80246
*Attorneys for Defendant Mario Gonzalez*

Eric M. Ziporin, Esq.
Tiffany Toomey, Esq.
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
*Attorneys for Defendant Scott Taborsky*

Patrick D. Tooley, Esq.
Frank W. Suyat, Esq.
Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman Street, Suite 300
Denver, Colorado 80203
*Attorneys for Defendant Greg Bennett*

*s/ Laura Buckingham*
Legal Assistant